UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

In re:
Watkins, Katrina J.

Case No. : 20-12517 ABA
Chapter 7
Judge: Andrew B. Altenburg Jr.

## NOTICE OF PROPOSED ABANDONMENT

On March 17, 2020, Andrew Finberg, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:  US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ANDREW B. ALTENBURG JR. on April 21. 2020 at 10:00a.m. at the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ, Courtroom no.4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
| --- | --- | --- | --- |
| 1061 Trent Road, Camden, NJ 08104 | 82,300.00 | 151,019.00 | 0.00 |

Objections must be served on, and requests for additional information directed to:

NAME:             Andrew Finberg

ADDRESS:      525 Route 73 South, Suite 200, Marlton, NJ 08053

TELEPHONE NO:   (856) 988-9055

United States Bankruptcy Court
District of New Jersey

In re:  
Katrina J. Watkins  
    Debtor

Case No. 20-12517-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 18, 2020  
                      Form ID: pdf905     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
```
db              +Katrina J. Watkins,    1061 Trent Road,    Camden, NJ 08104-2820
518714576       +KML Law Group, P.C.,    216 Haddon Ave, Ste. 406,    Westmont, NJ 08108-2812
518714577       +M & T Bank Mortgage,    Po Box 900,    Millsboro, DE 19966-0900
518714578        Sherriff's Department,    500 Market Street,    Camden, NJ 08102
518714579       +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2020 01:07:29      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2020 01:07:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518714575       +E-mail/Text: bankruptcy@acacceptance.com Mar 19 2020 01:07:26      American Credit Accept,
                 961 E Main St,    Spartanburg, SC 29302-2185
                                                                                              TOTAL: 3
```

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
```
              Andrew   Finberg    trustee@sjbankruptcylaw.com, J117@ecfcbis.com
              Andrew   Finberg    on behalf of Trustee Andrew  Finberg trustee@sjbankruptcylaw.com,
               J117@ecfcbis.com
              Charles M. Izzo    on behalf of Debtor Katrina J. Watkins cminj2001@yahoo.com,
               izzocr79754@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```